FILED

APR 19 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br>v.<br>Leticia Isabel Verdigo,<br><br>　　　　　Defendant. | Case No. 16mj8001-PCL-BTM<br><br>**Order Adopting the Report and Recommendation of the Magistrate Judge** |

　　　The Report and Recommendation of the Magistrate Judge [21] is adopted and the defendant is found to be competent.

**IT IS SO ORDERED.**

Dated: *April 15, 2016*　　　　　*Barry Ted Moskowitz*

　　　　　　　　　　　　　　　　**HONORABLE BARRY TED MOSKOWITZ**
　　　　　　　　　　　　　　　　United States District Judge